UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SHERRI L. THOMPSON,** ) | Case No. 1:07-CV-2354 |
| ) | |
| Plaintiff, ) | Judge Dan Aaron Polster |
| ) | |
| vs. ) | **MEMORANDUM OF** |
| ) | **OPINION AND ORDER** |
| **MICHAEL J. ASTRUE, COMMISSIONER** ) | |
| **OF SOCIAL SECURITY,** ) | |
| ) | |
| Defendant. ) | |

Before the Court is Plaintiff Sherri L. Thompson's Appeal of Denial of a Period of Disability, Disability Insurance Benefits and Supplemental Security Income (the "Appeal") **(ECF No. 1)**. Defendant filed a Joint Stipulation for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (the "Joint Stipulation") (ECF No. 16), upon which Magistrate Judge David S. Perelman issued a brief Report and Recommendation ("R&R") recommending that the Joint Stipulation be approved.

The Court agrees with and **ADOPTS** the Magistrate Judge's recommendation; the Joint Stipulation is approved. Accordingly, the Commissioner's final decision is **VACATED**,

and the above-captioned case is **REMANDED** to the Social Security Administration for further proceedings pursuant to section four of sentence 205(g) of the Social Security Act, 42 U.S.C. § 405(g), as contemplated in the Joint Stipulation.

**IT IS SO ORDERED.**

         */s/Dan Aaron Polster    April 17, 2008*
**Dan Aaron Polster**
**United States District Judge**